# Exhibit 2

**Merchant Number**
[redacted]7110

**DBA Name**
SILVERTOWN

| | | | |
|---|---|---|---|
| Total Assigned | $ 1,024,041 02 | Total Outstanding | $ 1,024,041 02 |
| Total Payment: | $ - | Total Count | 102 |

## Merchant Detail

| Item Description | Current Balance | Assigned Date | Assigned Amount | Amount Paid | How Paid |
|---|---|---|---|---|---|
| nerican Express Chargeba | $ 1,499 00 | 02/08/16 | $ 1,499 00 | | |
| Chargeback | $ 7,500 00 | 09/21/16 | $ 7,500 00 | | |
| Chargeback | $ 10,000.00 | 09/19/16 | $ 10,000.00 | | |
| Chargeback | $ 7,000.00 | 05/03/16 | $ 7,000.00 | | |
| Chargeback | $ 4,900 00 | 03/08/16 | $ 4,900 00 | | |
| Chargeback | $ 5,000 00 | 03/02/16 | $ 5,000 00 | | |
| Chargeback | $ 4,500 00 | 02/09/16 | $ 4,500 00 | | |
| Chargeback | $ 5,350 00 | 02/08/16 | $ 5,350 00 | | |
| Chargeback | $ 5,000 00 | 10/20/15 | $ 5,000 00 | | |
| Chargeback | $ 9,720.00 | 10/16/15 | $ 9,720 00 | | |
| Chargeback | $ 9,218 00 | 10/16/15 | $ 9,218.00 | | |
| Chargeback | $ 9,772 00 | 10/16/15 | $ 9,772 00 | | |
| Chargeback | $ 9,854 00 | 10/16/15 | $ 9,854 00 | | |
| Chargeback | $ 9,754 00 | 10/16/15 | $ 9,754 00 | | |
| Chargeback | $ 8,540 00 | 10/16/15 | $ 8,540 00 | | |
| Chargeback | $ 9,236 00 | 10/16/15 | $ 9,236 00 | | |
| Chargeback | $ 8,817.00 | 10/16/15 | $ 8,817.00 | | |
| Chargeback | $ 7,854 00 | 10/16/15 | $ 7,854.00 | | |
| Chargeback | $ 9,727 20 | 10/16/15 | $ 9,727 20 | | |
| Chargeback | $ 8,000 00 | 10/14/15 | $ 8,000 00 | | |
| Chargeback | $ 2,500 00 | 09/29/15 | $ 2,500 00 | | |
| Chargeback | $ 1,872 00 | 09/29/15 | $ 1,872 00 | | |
| Chargeback | $ 8,000 00 | 09/28/15 | $ 8,000 00 | | |
| Chargeback | $ 7,500.00 | 09/28/15 | $ 7,500.00 | | |
| Chargeback | $ 1,872 00 | 09/23/15 | $ 1,872 00 | | |
| Chargeback | $ 7,000 00 | 09/23/15 | $ 7,000 00 | | |
| Chargeback | $ 45,000 00 | 09/22/15 | $ 45,000 00 | | |
| Chargeback | $ 25,000.00 | 09/22/15 | $ 25,000 00 | | |

**Merchant Number** [redacted]7110

**DBA Name** SILVERTOWN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Assigned | $ | 1,024,041 02 | | | | Total Outstanding: | $ 1,024,041 02 |
| Total Payment | $ | - | | | | Total Count | 102 |
| Chargeback | $ | 3,600 00 | 09/22/15 | $ | 3,600 00 | | |
| Chargeback | $ | 12,720 00 | 09/22/15 | $ | 12,720 00 | | |
| Chargeback | $ | 15,000 00 | 09/22/15 | $ | 15,000 00 | | |
| Chargeback | $ | 3,572 00 | 09/22/15 | $ | 3,572 00 | | |
| Chargeback | $ | 28,000 00 | 09/22/15 | $ | 28,000.00 | | |
| Chargeback | $ | 15,000.00 | 09/22/15 | $ | 15,000.00 | | |
| Chargeback | $ | 22,360 00 | 09/22/15 | $ | 22,360.00 | | |
| Chargeback | $ | 20,360 00 | 09/22/15 | $ | 20,360 00 | | |
| Chargeback | $ | 5,000 00 | 09/22/15 | $ | 5,000 00 | | |
| Chargeback | $ | 20,000 00 | 09/22/15 | $ | 20,000 00 | | |
| Chargeback | $ | 7,000 00 | 09/22/15 | $ | 7,000 00 | | |
| Chargeback | $ | 28,540 00 | 09/22/15 | $ | 28,540 00 | | |
| Chargeback | $ | 40,000 00 | 09/22/15 | $ | 40,000 00 | | |
| Chargeback | $ | 15,455.40 | 09/22/15 | $ | 15,455 40 | | |
| Chargeback | $ | 10,000 00 | 09/22/15 | $ | 10,000.00 | | |
| Chargeback | $ | 10,000.00 | 09/22/15 | $ | 10,000.00 | | |
| Chargeback | $ | 22,000 00 | 09/22/15 | $ | 22,000 00 | | |
| Chargeback | $ | 20,000 00 | 09/22/15 | $ | 20,000 00 | | |
| Chargeback | $ | 20,000 00 | 09/22/15 | $ | 20,000 00 | | |
| Chargeback | $ | 5,000 00 | 09/21/15 | $ | 5,000 00 | | |
| Chargeback | $ | 3,000 00 | 09/21/15 | $ | 3,000 00 | | |
| Chargeback | $ | 8,472.00 | 09/21/15 | $ | 8,472.00 | | |
| Chargeback | $ | 8,472 00 | 09/21/15 | $ | 8,472.00 | | |
| Chargeback | $ | 8,400 00 | 09/16/15 | $ | 8,400 00 | | |
| Chargeback | $ | 2,600 00 | 09/16/15 | $ | 2,600 00 | | |
| Chargeback | $ | 8,700 00 | 09/16/15 | $ | 8,700 00 | | |
| Chargeback | $ | 7,200.00 | 09/16/15 | $ | 7,200 00 | | |
| Chargeback | $ | 8,700.00 | 09/16/15 | $ | 8,700.00 | | |
| Chargeback | $ | 8,272 00 | 09/16/15 | $ | 8,272 00 | | |
| Chargeback | $ | 5,000 00 | 09/15/15 | $ | 5,000 00 | | |
| Chargeback | $ | 3,000 00 | 09/15/15 | $ | 3,000 00 | | |

**Merchant Number**
[redacted]7110

**DBA Name**
SILVERTOWN

| | | | | | |
|---|---|---|---|---|---|
| Total Assigned | $ 1,024,041 02 | | | Total Outstanding | $ 1,024,041 02 |
| Total Payment | $ - | | | Total Count | 102 |
| Chargeback | $ 5,000 00 | 09/15/15 | $ 5,000 00 | | |
| Chargeback | $ 5,000 00 | 09/15/15 | $ 5,000 00 | | |
| Chargeback | $ 2,500 00 | 09/15/15 | $ 2,500 00 | | |
| Chargeback | $ 5,000.00 | 09/15/15 | $ 5,000.00 | | |
| Chargeback | $ 3,000.00 | 09/15/15 | $ 3,000.00 | | |
| Chargeback | $ 2,500 00 | 09/15/15 | $ 2,500.00 | | |
| Chargeback | $ 3,600 00 | 09/14/15 | $ 3,600 00 | | |
| Chargeback | $ 5,000 00 | 09/11/15 | $ 5,000 00 | | |
| Chargeback | $ 1,700 00 | 09/11/15 | $ 1,700 00 | | |
| Chargeback | $ 5,000 00 | 09/11/15 | $ 5,000 00 | | |
| Chargeback | $ 10,000.00 | 09/11/15 | $ 10,000.00 | | |
| Chargeback | $ 6,500.00 | 09/10/15 | $ 6,500.00 | | |
| Chargeback | $ 15,000 00 | 09/03/15 | $ 15,000 00 | | |
| Chargeback | $ 9,500 00 | 09/03/15 | $ 9,500 00 | | |
| Chargeback | $ 13,500 00 | 08/19/15 | $ 13,500 00 | | |
| Chargeback | $ 5,000 00 | 08/19/15 | $ 5,000 00 | | |
| Chargeback | $ 15,000 00 | 08/19/15 | $ 15,000 00 | | |
| Chargeback | $ 10,000.00 | 08/17/15 | $ 10,000.00 | | |
| Chargeback | $ 11,720 00 | 08/17/15 | $ 11,720 00 | | |
| Chargeback | $ 18,650 00 | 08/17/15 | $ 18,650 00 | | |
| Chargeback | $ 10,000 00 | 08/17/15 | $ 10,000 00 | | |
| Chargeback | $ 15,540 00 | 08/17/15 | $ 15,540 00 | | |
| Chargeback | $ 9,972.00 | 08/17/15 | $ 9,972 00 | | |
| Chargeback | $ 15,000 00 | 08/17/15 | $ 15,000.00 | | |
| Chargeback | $ 6,900 00 | 08/17/15 | $ 6,900 00 | | |
| Chargeback | $ 9,954 00 | 08/17/15 | $ 9,954 00 | | |
| Chargeback | $ 4,000 00 | 08/12/15 | $ 4,000 00 | | |
| Chargeback | $ 12,540.00 | 08/12/15 | $ 12,540.00 | | |
| Chargeback | $ 7,272 00 | 08/11/15 | $ 7,272 00 | | |
| Chargeback | $ 18,180 00 | 08/11/15 | $ 18,180 00 | | |
| Chargeback | $ 13,360 00 | 08/10/15 | $ 13,360 00 | | |

| **Merchant Number** | **DBA Name** |
|---|---|
| [redacted]7110 | SILVERTOWN |

| | | | | | |
|---|---|---|---|---|---|
| Total Assigned | $ 1,024,041 02 | | | Total Outstanding | $ 1,024,041 02 |
| Total Payment | $ - | | | Total Count | 102 |
| Chargeback | $ 18,360 00 | 08/10/15 | $ 18,360 00 | | |
| Chargeback | $ 18,540.00 | 08/10/15 | $ 18,540.00 | | |
| Chargeback | $ 7,272.00 | 08/10/15 | $ 7,272.00 | | |
| Chargeback | $ 18,720 00 | 08/10/15 | $ 18,720 00 | | |
| Chargeback | $ 800 00 | 08/03/15 | $ 800 00 | | |
| Chargeback | $ 7,500 00 | 08/03/15 | $ 7,500 00 | | |
| Chargeback Fee | $ 180 00 | 11/05/15 | $ 180 00 | | |
| Chargeback Fee | $ 765 00 | 10/08/15 | $ 765 00 | | |
| Chargeback Fee | $ 345 00 | 09/08/15 | $ 345 00 | | |
| Processing Fee | $ 7,971 04 | 08/06/15 | $ 7,971 04 | | |
| Processing Fee | $ 22,231 38 | 07/22/15 | $ 22,231 38 | | |
| Processing Fee | $ 60 00 | 03/07/16 | $ 60 00 | | |