**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELAVON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ERWIN GANZFRIED, JOSEPH KATZ, JOSEPH MERING, SHLOMO KORNHAUSER, DEVORAH MERING, MORDECHAI KOHN, MORDECHAI LEVY, NAFTULI MORGENSTERN, SARA BERGER, SARAH T. LEVI, SHLOMO BERGER, SOLOMON LEVY, SUSSMAN BLEIER and ASHER JUNGREISZ,<br><br>Defendants. | Civil Action No.: 1:20-cv-0908-MKB-RER |

**DECLARATION OF HOLLY FRANKLIN IN SUPPORT OF**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Holly Franklin, an individual over the age of eighteen, declares as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Vice President of Risk Assessment Management of plaintiff Elavon, Inc. ("Elavon"). As such, I have personal knowledge as to Elavon's business practices.

2. Elavon is a corporation organized pursuant to the laws of the State of Georgia with its headquarters in the State of Tennessee.

3. Elavon is a wholly-owned subsidiary of U.S. Bank National Association ("U.S. Bank"), which is headquartered in Minnesota.

4. Elavon does not report its own financials. Instead, Elavon's financial results are "rolled up" into U.S. Bank and reported by U.S. Bank as part of its financials in accordance with all applicable SEC and bank regulatory requirements. Therefore, Elavon's profits and losses are attributed to U.S. Bank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021.

HOLLY FRANKLIN