UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELAVON, INC.,

                         Plaintiff,                        JUDGMENT

     v.                                                   20-CV-908 (MKB)

ERWIN GANZFRIED, JOSEPH KATZ,
JOSEPH MERING, SHLOMO KORNHAUSER,
DEVORAH MERING, MORDECHAI KOHN,
MORDECHAI LEVI, NAFTULI MORGENSTERN,
JUDY BERGER, SARAH T. LEVI, SHLOMO
BERGER, SOLOMON LEVY, SUSSMAN BLEIER,
and ASHER JUNGREISZ,

                        Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on September 30, 2022, granting the Moving Defendants' motion; and dismissing Plaintiff's fraud and unjust enrichment claims against them as time barred and Plaintiff's civil conspiracy claim against them for failure to state a claim; it is

        ORDERED and ADJUDGED that the Moving Defendants' motion is granted; that Plaintiff's fraud and unjust enrichment claims are dismissed against them as time barred;and that Plaintiff's civil conspiracy claim are dismissed against them for failure to state a claim.

Dated: Brooklyn, New York                                     Brenna B. Mahoney
         September 30, 2022                                    Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk