UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELAVON, INC,

                            Plaintiff,                                        JUDGMENT

    v.

                                                                      20-CV-908 (MKB)

SILVERTOWN OF NY, INC.,
ESTER WERZBERGER, and
CHANA FRIEDMAN,

                            Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on August 14, 2023, granting Plaintiff's summary judgment motion to confirm the arbitration award; awarding Plaintiff $1,094,486.92 pursuant to its confirmation of the arbitration award; it is

        ORDERED and ADJUDGED that Plaintiff's summary judgment motion to confirm the arbitration award is granted; and that Plaintiff is awarded $1,094,486.92 pursuant to its confirmation of the arbitration award.

Dated: Brooklyn, New York                                 Brenna B. Mahoney
       August 15, 2023                                       Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk